UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            Case No. 8:11-cr-36-T-30AEP

CLIFFORD J. FOWLER

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the United States' Motion for entry of a Preliminary Order of Forfeiture (Doc. 30), pursuant to 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2(b)(2), for one Emachine computer, T5026, serial number CAG51, and one Western Digital WD1600, 160.0 GB hard drive, serial number WCALL1376427, which, upon entry, shall become a final order of forfeiture as to the defendant.

Being fully advised in the premises, the Court hereby finds that the United States has established the requisite nexus between the possession of child pornography, in violation of 18 U.S.C. §§ 2252(a)(4) and (b)(2), charged in Count Three of the Indictment, and the computer equipment referenced above. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Doc. 30) of the United States is hereby GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 18 U.S.C. § 2253 and Rule 32.2(b)(2), the computer equipment identified above is hereby

forfeited to the United States for disposition according to law.

The Court retains jurisdiction to entertain any third party claims that may be asserted in these proceedings, and to enter any further orders necessary for the forfeiture and disposition of such property.

**DONE** and **ORDERED** in Tampa, Florida on February 14, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2011\11-cr-36.forfeit order.wpd