UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                        Case No. 8:11-cr-36-T-30AEP

CLIFFORD J. FOWLER

## **FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Doc. 34), pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for the Emachine computer, T5026, serial number CAG51, and one Western Digital WD1600, 160.0 GB hard drive, serial number WCALL1376427.

Being fully advised in the premises, the Court finds that on February 14, 2012, a Preliminary Order of Forfeiture was entered, forfeiting to the United States all right, title, and interest of defendant Clifford J. Fowler in the property referenced above. Doc. 31.

The Court further finds that pursuant to Rule 32.2(b)(4), the defendant agrees that the preliminary order of forfeiture shall be final as to the defendant at the time it is entered, notwithstanding the requirement that it be made a part of the sentence and be included in the judgment.

The Court further finds that in accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the property on the official government website, www.forfeiture.gov, from February 16, 2012 through March 16, 2012. Doc. 33. The publication gave notice to all third parties with a legal interest in the property to file with the

Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

The Court further finds that no other person or entity, other than the defendant, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the property. No third party has filed a petition or claimed an interest in the property, and the time for filing a petition has expired. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 34) is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the property is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the property is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on April 17, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cr-36.forfeit fj 34.wpd